<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2234**

———————

NANCY C. MARTIN,

                      Plaintiff - Appellant,

      versus

METROPOLITAN LIFE INSURANCE COMPANY,

                      Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-02-215-02)

———————

Submitted: February 26, 2003        Decided: May 6, 2003

———————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nancy C. Martin, Appellant Pro Se. Eric Wagner Schwartz, TROUTMAN SANDERS, L.L.P., Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy C. Martin appeals the district court's order denying her civil action alleging a claim under the Employment Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Martin v. Metropolitan Life Ins., Co., No. CA-02-215-02 (E.D. Va. Sept. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2